Jennifer L. Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

Amy R. Atwood (OR Bar No. 060407)*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Phone: (971) 717-6401
atwood@biologicaldiversity.org

Attorneys for Plaintiffs

*Seeking admission *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**; **SAN FRANCISCO BAYKEEPER;**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID BERNHARDT**, Secretary of the Interior; **MARGARET EVERSON**, Acting U.S. Fish and Wildlife Service Director;<br><br>Defendants. | Case No: 3:19-cv-02843-JSC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted and dated this 23rd day of May, 2019.

/s/ Jennifer L. Loda_____
Jennifer L. Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

Amy R. Atwood (OR Bar No. 060407)*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Phone: (971) 717-6401
atwood@biologicaldiversity.org

Attorneys for Plaintiffs

*Seeking admission *pro hac vice*