JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
E-mail: davis.backer@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, et al.,<br><br>Defendants. | No. 4:19-cv-02843-PJH<br><br>DEFENDANTS' STATUS REPORT |

Defendants, David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior, and Margaret Everson, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service ("FWS") provide this status update pursuant to the Court's September 4, 2019 Order:

1. Plaintiffs filed their Complaint on May 23, 2019. ECF No. 1.

2. Defendants filed their Answer to Plaintiffs' Complaint on August 29, 2019. ECF No. 21.

3. On September 3, 2019, Defendants filed an unopposed motion to stay proceedings until October 31, 2019 after the parties reached an agreement in principle to resolve the claims in this case without the Court's further involvement. ECF No. 22. The Court granted Defendants' unopposed motion to stay on September 4, 2019. ECF No. 23.

4. On September 27, 2019, FWS submitted its annual candidate notice of review ("CNOR") to the Office of the Federal Register for publication. The CNOR was published several days later on October 10, 2019, which included 12-month findings for the Sierra Nevada Red Fox, Red Tree Vole, Hermes Copper Butterfly, Puerto Rican Harlequin Butterfly, Marron Bacora, Longfin Smelt, and Gopher Tortoise in which FWS found that these species were warranted for listing under the Endangered Species Act ("ESA") but were precluded due to higher priority actions.

5. On October 7, 2019, FWS submitted a separate 12-month finding for the Berry Cave Salamander in which FWS found that it was not warranted for listing under the ESA. 84 Fed. Reg. 53,336.

6. FWS is in the final stages of review to submit further updated 12-month findings for the Hermes Copper Butterfly and Sierra Nevada Red Fox.

7. Currently, the parties are continuing to finalize the terms of their settlement agreement and obtain the necessary approvals. In the meantime, should the parties fail to reach final agreement or obtain the necessary approvals, the Court may choose to assign a date for a Case Management Conference and the parties shall provide a joint case management statement seven days in advance under Civil Local Rule 16-9.

Dated: October 29, 2019

Respectfully submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Section Chief

/s/ *Davis Backer*
DAVIS A. BACKER, Trial Attorney
CO Bar No. 53502
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station. P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 514-5243
Fax: (202) 305-0275
Davis.backer@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing Status Update with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Davis Backer*
DAVIS A. BACKER
Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
E-mail: davis.backer@usdoj.gov