JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, et al.,<br><br>Defendants. | No. 4:19-cv-02843-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT DEADLINES** |

Pursuant to Local Civil Rules 6-1, 6-2, 7-12, and 16-2, Defendants, David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior, and Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service ("Service")[1], and Plaintiffs, the Center for Biological Diversity ("Center") and San Francisco Baykeeper

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Aurelia Skipwith is substituted for Margaret Everson.

Stip. to Modify Case Mgmt. Deadlines and [Proposed] Order      No. 4:19-cv-02843-PJH

1

1  (collectively, the "Parties") jointly stipulate, subject to the Court's approval, to a modification of
2  the case management deadlines set on January 2, 2020 (ECF No. 25):

3  1. WHEREAS, on May 23, 2019, Plaintiffs filed their Complaint, alleging violations of the
4  Endangered Species Act, 16 U.S.C. §§ 1533-1544 *et seq.*, and the Administrative
5  Procedure Act, 5 U.S.C. § 706(1). ECF No. 1;

6  2. WHEREAS, on July 31, 2019, Defendants moved unopposed for an extension of time to
7  file their answer to Plaintiffs' Complaint until August 30, 2019. ECF No. 15. The Court
8  granted Defendants' motion the same day. ECF No. 16;

9  3. WHEREAS, Defendants filed their answer on August 29, 2019. ECF No. 21;

10  4. WHEREAS, on September 3, 2019, Defendants moved unopposed to stay proceedings in
11  the case until October 31, 2019, after the Parties reached an agreement-in-principle to
12  resolve Plaintiffs' claims without the Court's further involvement. ECF No. 22. The Court
13  granted Defendants' motion the following day. ECF No. 23;

14  5. WHEREAS, the Parties have been working diligently to memorialize their agreement-in-
15  principle. The Parties have recently completed that process. However, the Parties now
16  require additional time to obtain the necessary authorizations to file the agreement with the
17  Court. A short extension of the current case management deadlines will allow the Parties
18  to accomplish this.

19

20  NOW, THEREFORE, the Parties propose and stipulate to an extension of the current case
21  management deadlines as follows:

22  1. The deadline for the Parties to submit a Joint Case Management Statement is due no later
23  than February 20, 2020.

24  2. The Initial Case Management Conference is rescheduled for Thursday, March 19, 2020, at
25  2:00pm.

26
27  Dated: February 5, 2020                                          Respectfully submitted,

28

Stip. to Modify Case Mgmt. Deadlines and [Proposed] Order             No. 4:19-cv-02843-PJH
2

| | |
|---|---|
| */s/ Amy R. Atwood* | JEAN E. WILLIAMS, |
| AMY R. ATWOOD (OR Bar No. 060407) | Deputy Assistant Attorney General |
| Center for Biological Diversity | SETH M. BARSKY, |
| P.O. Box 11374 | Section Chief |
| Portland, OR 97211-0374 | MEREDITH L. FLAX, |
| Phone: 503-283-5474 | Assistant Section Chief |
| Email: atwood@biologicaldiversity.org | |
| | |
| JENNIFER L. LODA (CA Bar No. 284889) | */s/ Davis A. Backer* |
| Center for Biological Diversity | DAVIS A. BACKER |
| 1212 Broadway, Ste. 800 | Trial Attorney (CO Bar No. 53502) |
| Oakland, CA  94612 | United States Department of Justice |
| Phone: 510-844-7100 x336 | Environment & Natural Resources Division |
| Email: jloda@biologicaldiversity.org | Wildlife & Marine Resources Division |
| | Ben Franklin Station |
| *Attorneys for Plaintiffs* | P.O. Box 7611 |
| | Washington, D.C. 20044-7611 |
| | Tel: (202 514-5243 |
| | Fax: (202) 305-0275 |
| | Email: davis.backer@usdoj.gov |
| | |
| | *Attorneys for Defendants* |

Stip. to Modify Case Mgmt. Deadlines and [Proposed] Order          No. 4:19-cv-02843-PJH

3

**[PROPOSED] ORDER**

The stipulation to modify case management deadlines is approved and all Parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: _____, 2020    By: _____
                                                      THE HONORABLE PHYLLIS J. HAMILTON
                                                         UNITED STATES DISTRICT JUDGE

Stip. to Modify Case Mgmt. Deadlines and [Proposed] Order    No. 4:19-cv-02843-PJH

4

## ATTESTATION OF CONCURRENCE

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing for the signatures of all counsel indicated by a conformed signature ("/s/") within this e-filed document.

                                    */s/ Davis A. Backer*
DAVIS A. BACKER
Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2020, I electronically filed the foregoing Stipulated Settlement Agreement with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Davis A. Backer*
DAVIS A. BACKER
Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov