JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, et al.,<br><br>Defendants. | No. 4:19-cv-02843-PJH<br><br>**STIPULATION TO MODIFY STIPULATED SETTLEMENT AGREEMENT** |

Pursuant to Local Civil Rules 6-2 and 7-12, Defendants, David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior, and Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service ("Service"), and Plaintiffs, the Center for Biological Diversity ("Center") and San Francisco Baykeeper (collectively, the "Parties") jointly stipulate, subject to the Court's approval, to a modification of the Parties' Stipulated Settlement Agreement, ECF No. 28, to extend the deadline for the Service to submit a

12-month finding for the Puerto Rico harlequin butterfly to the Federal Register until September 25, 2020.

1. WHEREAS, on February 12, 2020, the Parties filed a stipulated settlement agreement resolving Plaintiffs' remaining claims in the above-captioned case. ECF No. 28.

2. WHEREAS, on February 18, 2020, the Court entered an order of dismissal, approving the Parties' stipulated settlement agreement. ECF No. 29.

3. WHEREAS, since the Service implemented a maximum telework policy earlier this spring, Service staffers in the assigned regional offices have been required to take a substantial amount of administrative leave balancing their work and family responsibilities, such as child and elder care. Due to the effects of these COVID-related delays, the Service requests a four-week extension of the current August 31 deadline, until September 25, to review the status of the Puerto Rico harlequin butterfly and submit a 12-month finding to the Federal Register for publication under the ESA, 16 U.S.C. § 1533(b)(3)(B)-(C)(i).

NOW, THEREFORE, the Parties respectfully request that the Court approve the requested modification of the Parties' Stipulated Settlement Agreement and enter an order as follows: the deadline for Defendants to review the status of the Puerto Rico harlequin butterfly and submit a 12-month finding to the Federal Register for publication is September 25, 2020.

Dated: August 27, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Amy R. Atwood* | JEAN E. WILLIAMS, |
| AMY R. ATWOOD (OR Bar No. 060407) | Deputy Assistant Attorney General |
| Center for Biological Diversity | SETH M. BARSKY, |
| P.O. Box 11374 | Section Chief |
| Portland, OR 97211-0374 | MEREDITH L. FLAX, |
| Phone: 503-283-5474 | Assistant Section Chief |
| Email: atwood@biologicaldiversity.org | |
| | |
| JOHN BUSE (CA Bar No. 163156) | */s/ Davis A. Backer* |
| Center for Biological Diversity | DAVIS A. BACKER |
| 1212 Broadway, Ste. 800 | Trial Attorney (CO Bar No. 53502) |
| Oakland, CA 94612 | United States Department of Justice |

Mot. to Modify Stip. Settlement Agreement and [Proposed] Order     No. 4:19-cv-02843-PJH

Phone: 510-844-7100
Email: jbuse@biologicaldiversity.org

*Attorneys for Plaintiffs*

Environment & Natural Resources Division
Wildlife & Marine Resources Division
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

Mot. to Modify Stip. Settlement Agreement and [Proposed] Order     No. 4:19-cv-02843-PJH

3

**[PROPOSED] ORDER**

The stipulation to modify the terms of the Parties' Stipulated Settlement Agreement is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: _____, 2020      By: _____
       THE HONORABLE PHYLLIS J. HAMILTON
       UNITED STATES DISTRICT JUDGE

Mot. to Modify Stip. Settlement Agreement and [Proposed] Order      No. 4:19-cv-02843-PJH

4

## ATTESTATION OF CONCURRENCE

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing for the signatures of all counsel indicated by a conformed signature ("/s/") within this e-filed document.

>                               */s/ Davis A. Backer*
>                               DAVIS A. BACKER
>                               Trial Attorney (CO Bar No. 53502)
>                               United States Department of Justice
>                               Environment & Natural Resources Division
>                               Wildlife & Marine Resources Section
>                               Ben Franklin Station
>                               P.O. Box 7611
>                               Washington, DC 20044-7611
>                               Tel: (202) 514-5243
>                               Fax: (202) 305-0275
>                               Email: davis.backer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

>                               */s/ Davis A. Backer*
>                               DAVIS A. BACKER
>                               Trial Attorney (CO Bar No. 53502)
>                               United States Department of Justice
>                               Environment & Natural Resources Division
>                               Wildlife & Marine Resources Section
>                               Ben Franklin Station
>                               P.O. Box 7611
>                               Washington, DC 20044-7611
>                               Tel: (202) 514-5243
>                               Fax: (202) 305-0275
>                               Email: davis.backer@usdoj.gov

Mot. to Modify Stip. Settlement Agreement and [Proposed] Order       No. 4:19-cv-02843-PJH

5